USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR., :
: **ORDER**
Plaintiff, :
: 19-CV-4350 (PAE) (JLC)
- against - :
:
THE CITY OF NEW YORK; OFFICER OR :
EMPLOYEE 1 (*whose duty is to request custody* :
*of people with warrants upstate*), :
:
Defendants. :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     The City of New York has identified Salathia Mixon as the official who made the decision that the plaintiff be transferred to Rikers Island for the misdemeanor. Accordingly, the plaintiff should amend the complaint to substitute Salathia Mixon for "Officer of Employee (1)" and file the amended complaint by **February 14, 2020**. To allow the plaintiff to effect service on Salathia Mixon through the U.S. Marshals Service, after the plaintiff files the amended complaint, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

     **SO ORDERED.**

Dated: January 10, 2020
       New York, New York

JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the plaintiff at the following current address:**
Robert Derek Lurch, Jr. (16-A-2468)
Vernon C. Bain Center
1 Halleck Street
Bronx, NY 10474