| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/12/2020 |

-----------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

                Plaintiff,

                - against -

THE CITY OF NEW YORK; OFFICER OR
EMPLOYEE 1 (*whose duty is to request custody
of people with warrants upstate*),

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-4350 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to the Court's Order dated January 10, 2020, plaintiff filed an amended complaint dated January 17, 2020, to substitute Salathia Mixon for "Officer of Employee (1)." Dkt. No. 30. He filed a second amended complaint dated January 30, 2020. Dkt. No. 31. Accordingly, to allow the plaintiff to effect service of both amended complaints on Salathia Mixon through the U.S. Marshals Service, the Clerk of Court is hereby instructed to fill out a U.S. Marshals Service Process Receipt and Return form for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of both amended complaints upon this defendant.

      **SO ORDERED.**

Dated: February 12, 2020
       New York, New York

                                            */s/ James L. Cott*
                                            JAMES L. COTT
                                            United States Magistrate Judge

**A copy of this Order has been mailed to the plaintiff at the following current address:**
Robert Derek Lurch, Jr. (16-A-2468)
B&C#: 9801900620
West Facility
16-00 Hazen Street
East Elmhurst, NY 11370