USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                Plaintiff,

-against-

THE CITY OF NEW YORK; SALATHIA
MIXON, Custody Management,

                Defendants.

19-CV-4350 (PAE) (JLC)

ORDER OF SERVICE

**JAMES L. COTT, United States Magistrate Judge:**

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Salathia Mixon waive service of summons.

       **SO ORDERED.**

Dated: February 24, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the plaintiff at the following current address:**
Robert Derek Lurch, Jr. (16-A-2468)
B&C#: 9801900620
West Facility
16-00 Hazen Street
East Elmhurst, NY 11370