UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                        Plaintiff,                19 Civ. 4350 (PAE)

        -v-

THE CITY OF NEW YORK, et al.                  ORDER

                      Defendants.

PAUL A. ENGELMAYER, District Judge:

       On July 17, 2020, the parties notified the Court that they had reached a settlement in principle.  Dkt. 41.  That day, the Court dismissed the case, without prejudice to the parties' right to reopen the case within 30 days if a settlement was not reached.  Dkt. 42.  On July 28, 2020, the Court received a letter from *pro se* plaintiff Robert Lurch, explaining that there was a misunderstanding in settlement discussions and asking the Court to reopen the case.  Dkt. 43.  The Court grants that request.  The case remains with the Hon. James L. Cott, Magistrate Judge, for general pretrial management.

       The Clerk of Court is respectfully directed to reopen this case and to mail a copy of this order to Lurch at the address on file.

       SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: July 30, 2020
       New York, New York