UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.,              :

          Plaintiff,             :         **ORDER**

    -v-                                   :         19-CV-4350 (PAE) (JLC)

THE CITY OF NEW YORK, *et al.*    :

          Defendants.        :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On August 17, 2020, defendants in the above-captioned case moved to dismiss plaintiff's complaint. Dkt. Nos. 47–49. To date, plaintiff has not responded to the pending motion. Accordingly, plaintiff is directed to file opposition papers no later than **September 23, 2020**. If plaintiff fails to do so, the Court will consider defendants' motion unopposed.

    SO ORDERED.

Dated: New York, New York
       September 9, 2020

                                                   JAMES L. COTT
                                                   United States Magistrate Judge

A copy of this Order has been
mailed to the following address:

Robert Derek Lurch, Jr.
113-10 Horace Harding Expressway
Queens, NY 11368