UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

ROBERT DEREK LURCH, JR.,

                                             Plaintiff,

        -against-

THE CITY OF NEW YORK; SALATHIA MIXON,

                                            Defendants.

----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19 Civ. 4350 (PAE) (JLC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE HAS BEEN INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
      Jan 14, 2021

Robert Lurch, Jr.
*Plaintiff Pro Se*
G.R.V.C.
09-09 Hazen Street
East Elmhurst, NY 11370

By: _____
Robert Lurch, Jr.
*Plaintiff Pro Se*

JAMES E. JOHNSON
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and Salathia Mixon*
100 Church Street, Room 3-202
New York, New York 10007

By: _____
Stephanie De Angelis
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

SO ORDERED:

_____
HON. JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE

Dated: January 26, 2021